**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE TAASERA LICENSING, LLC, PATENT LITIGATION | §<br>§<br>§<br>§ | **MDL-3042** |

**ERRATA TO THE NOTICE OF APPEARANCE OF**
**ALFRED R. FABRICANT FOR TAASERA LICENSING, LLC (DKT. 24)**

The Notice of Appearance of Alfred R. Fabricant filed June 3, 2022 (Dkt. 24) contained a Schedule of Actions attached thereto.  The case number for *Trend Micro, Inc. v. Taasera Licensing, LLC* was incorrectly listed as Case No. 3:22-cv-00481 and should have been listed as Case No. ***3:22-cv-00518***.  Attached is a revised Schedule of Actions which correctly reflects the case number as indicated above.

Dated:  June 13, 2022                    Respectfully submitted,

                                         */s/ Alfred R. Fabricant*
                                          Alfred R. Fabricant
                                          ffabricant@fabricantllp.com
                                          FABRICANT LLP
                                          411 Theodore Fremd Avenue,
                                          Suite 206 South
                                          Rye, New York 10580
                                          Telephone: (212) 257-5797
                                          Facsimile: (212) 257-5796

                                          ***ATTORNEYS FOR***
                                           ***TAASERA LICENSING LLC***
                                          ***Case No. 1:22-cv-02306 (S.D.N.Y.)***
                                          ***Case No. 3:22-cv-00518 (N.D. Tex.)***
                                          ***Case No. 2:22-cv-00063 (E.D. Tex.)***
                                          ***Case No. 2:21-cv-00441 (E.D. Tex.)***

**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE TAASERA LICENSING, LLC,<br>PATENT LITIGATION | §<br>§   **MDL-3042**<br>§<br>§ |

**SCHEDULE OF ACTIONS**

| Plaintiff | Defendant(s) | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Palo Alto Networks, Inc. | Taasera Licensing, LLC and Quest Patent Research Corporation | S.D. New York | 1:22-cv-02306 | Edgardo Ramos |
| Trend Micro, Inc. | Taasera Licensing, LLC | N.D. Texas | 3:22-cv-00518 | David C. Godbey |
| Taasera Licensing, LLC | Check Point Software Technologies Ltd. | E.D. Texas (Marshall) | 2:22-cv-00063 | J. Rodney Gilstrap |
| Taasera Licensing, LLC | Trend Micro Incorporated | E.D. Texas (Marshall) | 2:21-cv-00441 | J. Rodney Gilstrap |